940

No. 86–6418. WHITLEY v. LECUREUX, SUPERINTENDENT, KINROSS CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied.

No. 85–1864. RANDALL BOOK CORP. v. MARYLAND. Ct. Sp. App. Md. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgment of conviction.

No. 85–6272. DEPUTY v. DELAWARE. Sup. Ct. Del.;
No. 86–6003. McCOY v. TEXAS. Ct. Crim. App. Tex.;
No. 86–6013. BURDINE v. TEXAS. Ct. Crim. App. Tex.;
No. 86–6108. WILKERSON v. TEXAS. Ct. Crim. App. Tex.;
No. 86–6121. GRIFFIN v. PENNSYLVANIA. Sup. Ct. Pa.;
No. 86–6195. CAPE v. KEMP, WARDEN. Sup. Ct. Ga.;
No. 86–6222. BREWER v. INDIANA. Sup. Ct. Ind.;
No. 86–6243. HUBBARD v. ALABAMA. Ct. Crim. App. Ala.;
No. 86–6247. KORNAHRENS v. SOUTH CAROLINA. Sup. Ct. S. C.;
No. 86–6365. HARRIS v. WASHINGTON. Sup. Ct. Wash.; and
No. 86–6380. PARKER v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 86–980. KELLY v. WAUCONDA PARK DISTRICT. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.